IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re WALTER H. WHITE, P76559, <br><br> Plaintiff. | No. C 13-5175 CRB (PR) <br><br> ORDER OF DISMISSAL |

On November 6, 2013, the clerk filed as a new prisoner action a letter by plaintiff complaining of inadequate medical care. On that same date, the court notified plaintiff in writing that the action was deficient because he did not file an actual complaint or pay the requisite filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application. Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 40 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. The action is DISMISSED without prejudice.

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED: DEC 2 0 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.13\White, W.13-5175.dsifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WALTER WHITE,

    Plaintiff,

v.

STATE OF CALIFORNIA et al,

    Defendant.
_____/

Case Number: CV13-05175 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 20, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Walter H. White P-76559
CSATF-SP
D3-112-Low
P.O. Box 5242
Corcoran, CA 93212

Dated: December 20, 2013

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk